AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOHN DOE a/k/a "JOEL"

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1777-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 7, 2004** in **Middlesex** county, in the District of **Massachusetts** defendant(s) did, (Track Statutory Language of Offense) knowingly and without lawful authority produce false identification documents, and did knowingly transfer false identification documents knowing that such documents were produced without lawful authority

in violation of Title **18** United States Code, Section(s) **1028(a)(1) and 1028(a)(2)**

I further state that I am a(n) **ICE Special Agent** and that this complaint is based on the following
                                    Official Title
facts:

See attached affidavit of Special Agent Dana Fiandaca

SEALED

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

06-18-2004                          at    Boston, Massachusetts
Date                                       City and State

CHARLES B. SWARTWOOD
UNITED STATES MAGISTRATE JUDGE       _____
Name & Title of Judicial Officer         Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.