AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Joel Marchado

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER: 04-1777-CBS

I, __Joel Marchado_____, charged in a ☒ complaint ☐ petition

pending in this District __of Massachusetts_____

in violation of _____18_____, U.S.C., _1028(a)(1) + 1028(a)(2)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P.,
including my right to have a        ☐ examination ☒ hearing   , do hereby waive (give up) my right to a prelim-
inary ☐ examination ☒ hearing.

_____
Defendant

_6/24/04_____
Date

_____
Counsel for Defendant