UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Mag. No. 04-1777-CBS
)
JOHN DOE, a/k/a/ "JOEL" )

## MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal the criminal complaint in this matter. In support of this motion, the government states that the defendant has been arrested and that continued sealing of said complaint would not be in the best interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    ROBERT E. RICHARDSON
Assistant U.S. Attorney

Dated: June 22, 2004