AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOHN DOE, a/k/a "JOEL"

**WARRANT FOR ARREST**

CASE NUMBER: 04-1777-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JOHN DOE, a/k/a "JOEL"
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
unlawful production and transfer of false identification documents

in violation of
Title  18  United States Code, Section(s)  1028(a)(1) and 1028(a)(2)

CHARLES B. SWARTWOOD                    UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                  Title of Issuing Officer

[Signature]                              6-18-04 @ Boston, MA
Signature of Issuing Officer             Date and Location

Bail fixed at $ _____  by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY
BY ARREST/ARRAIGNMENT OF THE  6/23/04
DEFENDANT ON

DATE RECEIVED                   NAME AND TITLE OF ARRESTING OFFICER   SIGNATURE OF ARRESTING OFFICER

DATE OF ARREST

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):

SOCIAL SECURITY NUMBER (last 4 digits only):

HEIGHT:                                        WEIGHT:

SEX:                                           RACE:

HAIR:                                          EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: